No. 82–401. RICE, DIRECTOR, DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA v. REHNER. C. A. 9th Cir. Certiorari granted. 

No. 81–1717. AMERICAN BANK & TRUST CO. ET AL. v. DALLAS COUNTY ET AL.; BANK OF TEXAS ET AL. v. CHILDS ET AL.; and WYNNEWOOD BANK & TRUST ET AL. v. CHILDS ET AL. Ct. App. Tex., 5th Sup. Jud. Dist. Motions of American Bankers Association and Dale National Bank for leave to file briefs as amici curiae granted. Certiorari granted limited to Question 1 presented by the petition. JUSTICE O'CONNOR took no part in the consideration or decision of these motions and this petition. Reported below: 615 S. W. 2d 810 (second case).

No. 81–1857. OREGON v. BRADSHAW. Ct. App. Ore. Motion of respondent for leave to proceed in forma pauperis and certiorari granted. 

No. 81–2399. METROPOLITAN EDISON CO. ET AL. v. PEOPLE AGAINST NUCLEAR ENERGY ET AL.; and
No. 82–358. UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL. v. PEOPLE AGAINST NUCLEAR ENERGY ET AL. C. A. D. C. Cir. Motions of Atomic Industrial Forum, American Mining Congress, and Chamber of Commerce of the United States for leave to file briefs as amici curiae granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 219 U. S. App. D. C. 358, 678 F. 2d 222.

No. 82–23. MARSH, NEBRASKA STATE TREASURER, ET AL. v. CHAMBERS. C. A. 8th Cir. Certiorari granted limited to Question 4 presented by the petition. 